IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STILLWATER MINING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIG CLAIMS, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ACE AMERICAN INSURANCE COMPANY; AND QBE INSURANCE CORPORATION,<br><br>Defendants. | CV 21-4-BLG-SPW-TJC<br><br>**ORDER** |

    Defendant ACE American Insurance Company ("ACE") moves for the admission of Laura B. Dowgin to practice before this Court in this case with Elizabeth W. Lund to act as local counsel. (Doc. 9.) Ms. Dowgin's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that ACE's motion to admit Laura B. Dowgin pro hac vice is GRANTED on the condition that Ms. Dowgin shall do her own work. This means that Ms. Dowgin must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Dowgin, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 29th day of January, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge