IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STILLWATER MINING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIG CLAIMS, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ACE AMERICAN INSURANCE COMPANY; AND QBE INSURANCE CORPORATION ,<br><br>Defendants. | CV  21-04-BLG-SPW-TJC<br><br>**ORDER** |

The parties have filed a Joint Motion for Scheduling Order.  (Doc. 16.) Pending before the court are two motions: Plaintiff's Motion to Remand (Doc. 13) and Defendants' Motion to Stay (Doc. 4).  The parties jointly propose that the Court resolve the Motion to Remand prior to requiring the parties to brief the Motion to Stay and prior to conducting a preliminary pretrial conference.  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Defendants shall file response briefs to the Motion to Remand (Doc. 13) on or before **February 26, 2021**. Plaintiff Stillwater shall file a reply brief in accordance with the Local Rules.

2. Briefing on Defendant's Motion to Stay (Doc. 4) is stayed pending

resolution of the Motion to Remand (Doc. 13).

    3.    Upon resolution of the Motion to Remand, Defendants shall file answers or responses to the Complaint within two weeks of the order.

    4.    If the Court retains jurisdiction, Plaintiff Stillwater will respond to Defendants' Motion to Stay within a week of receiving Defendants' answers or responses to the Complaint.

    IT IS ORDERED.

    DATED this 4th day of February, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge