IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STILLWATER MINING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIG CLAIMS, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ACE AMERICAN INSURANCE COMPANY; AND QBE INSURANCE CORPORATION,<br><br>Defendants. | CV 21-4-BLG-SPW-TJC<br><br>**ORDER** |

On March 31, 2021, the Court issued an Order to Show Cause why the Court's orders allowing attorneys Laura B. Dowgin and Angelo G. Savino to appear pro hac vice should not be withdrawn for failure to file acknowledgments of their admission. (Docs. 24, 25.) Ms. Dowgin and Mr. Savino have since responded to the Court's Order to Show Case, and acknowledged their admission as required. (Docs. 26, 27). Accordingly, the Court will not revoke Ms. Dowgin or Mr. Savino's admissions.

DATED this 2nd day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge