IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STILLWATER MINING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIG CLAIMS, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; ACE AMERICAN INSURANCE COMPANY; and QBE INSURANCE CORPORATION,<br><br>Defendants. | CV 21-4-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on July 6, 2021. (Doc. 31). The Magistrate recommended that Plaintiff Stillwater Mining Co.'s Motion to Remand be granted and that Defendants' Motion to Stay be denied as moot. (Doc. 31 at 14).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

1

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 31) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff Stillwater Mining Co.'s Motion to Remand (Doc. 13) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Stay (Doc. 4) is DENIED as moot.

DATED this 22nd day of July, 2021.

                                                                                               SUSAN P. WATTERS
                                                                                               United States District Judge